UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| **Louise Miller White** | * | |
| **Plaintiff,** | * | |
| v. | * | Case No.: 8:24-cv-00084 DLB |
| **Equifax Information Services, LLC,** *et al*. | * | |
| **Defendants.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT ONEMAIN FINANCIAL GROUP, LLC'S FRcivP 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 103.3 CERTIFICATE

Defendant OneMain Financial Group, LLC, by counsel, discloses the following:

OneMain Financial Group, LLC (DE) is a subsidiary of OneMain Financial Holdings, LLC (DE). OneMain Financial Holdings, LLC is a subsidiary of OneMain Finance Corporation (IN). OneMain Finance Corporation (IN) is a subsidiary of OneMain Holdings, Inc. (DE). OneMain Holdings, Inc. is a publicly traded company (NYSE: OMF). To the best of the Defendant's knowledge, no publicly held company directly owns 10 percent or more of OneMain Holdings, Inc.'s stock.

No other entity has a financial interest in the outcome of this litigation.

      /s/ Brett A. Buckwalter
Brett A. Buckwalter (No. 26500)
NILES, BARTON & WILMER, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
Tel.: (410) 783-6426
babuckwalter@nilesbarton.com
*Counsel for Defendant*
*OneMain Financial Group, LLC*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 27th day of February, 2024, a copy of the foregoing Disclosure was filed and served via the court's CM/ECF system to all counsel of record.

 */s/ Brett A. Buckwalter*
Brett A. Buckwalter (No. 26500)