# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| LOUISE MILLER WHITE,<br><br>        Plaintiff,<br><br>  v.<br><br>EQUIFAX INFO. SRVCS. LLC, et al.,<br><br>        Defendants. | Case No. 8:24-cv-00084-DLB |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff, Louise Miller White, through undersigned counsel, hereby dismisses defendant Nissan Motor Acceptance Company from this action.

Dated:  March 19, 2024                        Respectfully submitted,

                                                    /s/ *Jeffery W. Styles*
                                                    Jeffery W. Styles, Esq. (Bar #20659)
                                                    Washington Legal Group, LLC
                                                    1001 Connecticut Ave NW #1138
                                                    Washington, DC 20006
                                                    Tel: (202) 503-1708
                                                    Email: jstyles@washlegal.com

                                                    *Counsel for Plaintiff Louise M. White*

## CERTIFICATE OF SERVICE

I certify that on March 19, 2024, I mailed this Notice of Voluntary Dismissal to the Clerk of Court who will input the Notice into the CM/ECF system, which will notify all attorney of records in this case that this Notice has been filed.

/s/ *Jeffery W. Styles*
Jeffery W. Styles, Esq. (Bar #20659)
Washington Legal Group, LLC
1001 Connecticut Ave NW #1138
Washington, DC 20006
Tel: (202) 503-1708
Email: jstyles@washlegal.com

*Counsel for Plaintiff Louise M. White*